

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) Movant, ) ) v. ) ) MICHAEL GRAF, ) ) ) Respondent. ) | Case No: 10 CV 1365 Judge Robert M. Dow, Jr. Magistrate Judge Michael T. Mason |

### Order

Movant, the United States Securities and Exchange Commission ("Commission") has filed a Motion for a Rule to Show Cause as to why Respondent should not be Held in Contempt of Court against Respondent Michael Graf ("Graf") for violation of the Order Requiring Compliance with Subpoena Issued by the Securities and Exchange Commission entered March 12, 2010. The Court has considered the motion, memorandum in support, and declaration in support and exhibits as well as other submissions made by the parties to this matter.

**IT IS ORDERED**, that:

a) The Commission's Motion for a Rule to Show Cause as to why Respondent should not be Held in Contempt of Court is granted;

b) Graf is in contempt of this Court's Order of March 12, 2010;

c) A Writ of Body Attachment shall be issued for Graf and he shall be arrested and incarcerated by the United States Marshal's Service by any means reasonably necessary, including, if necessary, forcible entry, until such time as he purges himself of the Court's contempt by:

1. Testifying before the Staff of the United States Securities and Exchange Commission at a time and place of their designation; and

2. Producing to the Staff of the United States Securities and Exchange Commission all documents responsive to the subpoena issued to Respondent on January 12, 2010;

d) Execution of this Order shall be stayed until 14 days after service of the Order to allow Respondent Michael Graf an opportunity to voluntarily comply with the subpoena and the Court's prior Orders, after which time the United States Marshal's shall execute the Order as stated above.

_____
Robert M. Dow, Jr.
United States District Judge

Dated: April 13, 2010